**United States Bankruptcy Court**
**Central District Of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
David Benjamin Morales
aka David Benjamin Morales

**BANKRUPTCY NO.** 6:11−bk−18929−CB

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7419
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/29/11

**Address:**
7057 Mesada Street
Rancho Cucamonga, CA 91701

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and
(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: April 29, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**23 / YGR**